UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

L.P.O.E., Inc., a Minnesota Corporation;
Down In the Valley, Inc., a Minnesota Corporation;
Disc and Tape, Inc., a Minnesota Corporation; and,
Hideaway LLC., a Minnesota Corporation,

    Plaintiffs,

vs.

The United States Drug Enforcement Administration,
U.S. Department of Justice; and its
Deputy Director, D.E.A., Michele M. Leonhart

    Defendants.

**AFFIDAVIT OF WAEL SAKALLAH**

Civil Case No. 10-CV-4944 PJS/LIB

STATE OF MINNESOTA  )
                               ) SS
COUNTY OF HENNEPIN  )

Wael Sakallah, being first duly sworn on oath, hereby deposes and says the following:

1. I am the owner of Hideaway, LLC, a Plaintiff in the above-entitled matter.

2. The Plaintiff operates a store know as "Hideaway, LLC," at 1309 Fourth Street SE. in the City of Minneapolis.

3. Hideaway, Inc. sells tobacco, pipes, tobacco accessories and various novelties.

4. I have reviewed the U.S. Drug Enforcement Agency's Notice of Intent, 21 CFR Part 1308 [Docket No. DEA-345N], purporting to outlaw "synthetic cannabinoid."

5. Within the past year, the incenses that appear to be prohibited by the ordinance have accounted for more than 70% of the store's total sales. The store's gross profit of incense sales for January 1, 2010 through October 31, 2010 was $609,491.

6.  If my business were to suffer an immediate 70 % loss in sales, it could not survive; I would be forced to close the business within weeks.

7.  I execute this affidavit in support of the attached motion for preliminary injunction and temporary restraining order.

s/Wael Sakallah
Wael Sakallah

Sworn to and subscribed before me this 21st day of December, 2010.

Notary Public

NGONJE EMILIA DIBAKI
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2012