UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| L.P.O.E., Inc., et al., | Case No. 10-CV-4944 (PJS/LIB) |
| Plaintiffs, | |
| v. | ORDER |
| The United States Drug Enforcement Administration, et al., | |
| Defendants. | |

---

This matter is before the Court on plaintiffs' motion for Preliminary Injunction and Temporary Restraining Order [Docket No. 2].

Based upon all the files, records and proceedings herein, the Court sets the following briefing schedule:

1. Defendants must file and serve a memorandum in opposition and any supporting affidavits and exhibits, no later than 12:00 p.m. on Thursday, January 13, 2011.

2. Plaintiffs may file and serve a reply no later than 12:00 p.m. on Tuesday, January 18, 2011.

3. The Court will hear oral arguments on plaintiffs' motion on Friday, January 21, 2011 at 1:00 p.m. in Courtroom 14E of the U.S. Courthouse in Minneapolis, Minnesota.

SO ORDERED.

Dated: January 3, 2011                s/Patrick J. Schiltz
                                      Patrick J. Schiltz
                                      United States District Judge