UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

L.P.O.E., Inc., a Minnesota Corporation;
Down In the Valley, Inc., a Minnesota Corporation;
Disc and Tape, Inc., a Minnesota Corporation; and,
Hideaway LLC., a Minnesota Corporation,

           Plaintiffs,

vs.

The United States Drug Enforcement Administration,
U.S. Department of Justice; and its
Deputy Director, D.E.A., Michele M. Leonhart

           Defendants.

**AFFIDAVIT OF JEREMIAH REISTETTER**

Case No. 0:10-CV-04944-PJS-LIB

---

STATE OF WASHINGTON    )
                                   ) SS
COUNTY OF KING             )

Jeremiah Reistetter, being first duly sworn on oath, hereby deposes and says the following:

1. I am the Chief Operating Officer of Highlife Distributing LLC, a Washington corporation that does business at 19651 70th Ave. S Kent WA, 98032.

2. I have reviewed the U.S. Drug Enforcement Agency's Notice of Intent, 21 CFR Part 1308 [Docket No. DEA-345N], purporting to outlaw "synthetic cannabinoid."

3. My company is a distributor that sells products that fall under the categories of chemical substances that the DEA has listed in the Notice of Intent to Issue Rule.

4. In 2010, since March, my company sold over Two Million Dollars ($2,000,000.00) worth of products that would most likely be within the list of substances that the DEA has listed in the Notice of Intent to Issue Rule. Since we wholesale to retail stores and sell

retail online to every state in the US, it is my opinion that the amount of commerce which would be impacted is a multiple of the Two Million Dollars wholesale, approximately amounting to $5,000,000 (Five Million US dollars) or more.

5. We ship to retail stores in numerous states, including: Alaska, Arizona, California, Colorado, Connecticut, Florida, Illinois, Indiana, Iowa, Maryland, Minnesota, Montana, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Texas, Virginia, and Wisconsin representing approximately 300 individual customers.

6.. In 2010, 100 % of my business was devoted to products that may be within the list of substances the DEA has listed in the Notice of Intent to Issue Rule.

7. If the scheduling called for in the Notice of Intent to Issue Rule were to go into effect, my company, which employs six hard working people, would be forced into bankruptcy. I would also be without guidance as to how to destroy the products already purchased.

8. I execute this affidavit in support of the motion for preliminary injunction and temporary restraining order in the above-captioned matter.

*Jeremiah Reistetter*

Sworn to and subscribed before me
this 17th day of January, 2011

Notary Public
Jessica L. Ward

Notary Public
State of Washington
JESSICA L. WARD
MY COMMISSION EXPIRES
September 15, 2014